UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-23635-UU

STEPHEN ARPAIA,

    Plaintiff,

v.

BONITA SPRINGS AQUISITION, LLC, *et al*

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Parties Final Mediation Report, D.E. 20.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On February 1, 2018, the Parties filed a Final Mediation Report, D.E. 20, confirming that a settlement had been reached in the instant case. Accordingly it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. It is further

ORDERED AND ADJUDGED that all future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of February, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record